**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-7580

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

ROY LEE GILLIAM,

          Defendant - Appellant.

_____

No. 08-6034

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

ROY LEE GILLIAM,

          Defendant - Appellant.

_____

Appeals from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior
District Judge.  (2:90-cr-00007-GMW-1)

_____

Submitted:  April 24, 2008          Decided:  April 28, 2008

———————————

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Roy Lee Gilliam, Appellant Pro Se.  Steven Randall Ramseyer, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Roy Lee Gilliam appeals the district court's orders: (1) granting, in part, his motion for modification of sentence, 18 U.S.C. § 3582(c) (2000), denying his motion for appointment of counsel, and denying a resentencing hearing, and (2) denying his motion for bail pending appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Gilliam, No. 2:90-cr-00007-GMW-1 (W.D. Va. Sept. 26, 2007; filed Nov. 28, 2007 & entered Nov. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED